Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Florida
(State)

Case number (If known): _____ Chapter 11

FLM1R0ieC11PM1258USBCSDF-FTL

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

PB Pied-de-Terre, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

___ ___ - ___ ___ ___ ___ ___ ___ ___

**4. Debtor's address**

Principal place of business

235 Sunrise Ave
Number    Street

2245 A and B

Palm Beach   , Florida 33480
City                     State     ZIP Code

PALM BEACH
County

Mailing address, if different from principal place of business

Number    Street

611266
P.O. Box

North Miami, Florida 33261
City                     State     ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City                     State     ZIP Code

**5. Debtor's website** (URL)

_Not applicable

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Official Form 201             Voluntary Petition for Non-Individuals Filing for Bankruptcy             page 1

Debtor     PB PIED-DE-TERRE                                           Case number (if known) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                                        MM / DD / YYYY

If more than 2 cases, attach a separate list.      District _____   When _____   Case number _____
                                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.   Debtor _____   Relationship _____

         District _____   When _____
                                                                           MM / DD / YYYY

List all cases. If more than 1, attach a separate list.      Case number, if known _____

Official Form 201                                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                          page 2

Debtor     PB PIED-DE-TERRE                                       Case number (if known)_____
             Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number       Street

_____
City                                 State     ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor   PB PIED-DE-TERRE                              Case number (if known) _____
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☒ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/10/2018
             MM / DD / YYYY

X _____        _DAVID M. GOLDSTEIN_
Signature of authorized representative of debtor       Printed name

Title _____

**18. Signature of attorney**

X _____        Date _____
Signature of attorney for debtor                 MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____         _____   _____
City                                       State     ZIP Code

_____         _____
Contact phone                              Email address

_____         _____
Bar number                                 State

United States Bankruptcy Court
Southern District of Florida
Miami Division
www.flsb.uscourts.gov

In Re:                                          Case number: _____

PB Pied-de-Terre, LLC                           Chapter 11
_____/

### List of Creditors

1. VFS Arctos, LLC
   c/o DeLuca Law Group, PLLC
   Judah Solomon, Esq.
   2101 NE 26th Street
   Ft. Lauderdale, FL 33305

2. Palm Beach Hotel Condominium Assn
   235 Sunrise Avenue
   Palm Beach, FL 33480

3. Internal Revenue Service
   31 Hopkins Avenue
   Baltimore, MD 21201

Dated: 12/10/18

/s/ David M. Goldstein, Esq.
DAVID M. GOLDSTEIN, ESQ.
Florida Bar No: 156003

The Law Office of David M. Goldstein, P.A.
P.O. Box 611266
North Miami, FL 33261
Telephone: (305) 372-3535
Facsimile: (305) 974-2094
david@dmgpa.com

**United States Bankruptcy Court**
Southern District of Florida

In re _____   Case No. _____
                                Debtor(s)        Chapter  **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the  of **Test**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 10 day of 12 2018

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that , of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that , of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that , of this Corporation is authorized and directed to employ   , attorney and the law firm of to represent the corporation in such bankruptcy case."

Date  12/10/18                              Signed /s/ _____